FILED

04/10/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 18-0688

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 18-0688

IN THE MATTER OF THE
MENTAL HEALTH OF:

R.B.,

   Respondent and Appellant.

# GRANT

  Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until May 21, 2020, to prepare, file, and serve the Appellant's reply brief.

  No further extensions will be granted.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
April 10 2020